UNITED STATES BANKRUPTCY COURT
Caption in Compliance with D.N.J. LBR 9004-2(c)

Albert Russo
CN 4853
Trenton, NJ  08650
609-587-6888
Standing Chapter 13 Trustee

In re:

ANNETTE ABREU

Debtor

Chapter 13 Case No. 07-28670 / KCF

Judge: Kathryn C. Ferguson

NOTICE DEPOSITING UNCLAIMED FUNDS
PURSUANT TO D.N.J.LBR 7067-1

Albert Russo, Trustee in the above captioned matter states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the court in the amount of $3,280.73, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Sun Ridge Owners Assoc<br>c/o Rcp Management<br>10 Centre Dr<br>Monroe, NJ  08831-1564 | $3,280.73 |

DATED:  9/20/2013

/s/   Albert Russo

Albert Russo
Standing Chapter 13 Trustee